UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CLIFTON TERRON LEE,

       Petitioner,

v.

JOHN DAVIDS,

       Respondent.

_____/

Case No. 1:19-cv-595

Honorable Robert J. Jonker

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to stay the petition and hold it in abeyance (ECF No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 16, 2019

                                            Robert J. Jonker
                                            Chief United States District Judge