UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHRISTOPHER OROS,

       Petitioner,

v.

MARK MCMULLICK,

       Respondent.
_____/

Case No. 1:19-cv-535

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:   August 16, 2019                      /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge